

**IT IS ORDERED as set forth below:**

**Date: September 29, 2017**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 17-57886-MGD |
| | : | |
| FLORESTINE JONES | : | CHAPTER 11 |
| | : | |
| Debtor. | : | |

### ORDER GRANTING MOTION TO DISMISS

Debtor filed a Motion to Voluntary Dismiss (the "Motion") on August 15, 2017 (Doc. No. 70).

Debtor filed this case on May 1, 2017.

Hearing on the Motion was held on September 21, 2017. As no objection to the Motion was raised or timely filed the Motion is deemed unopposed.

It is **ORDERED** that the Debtor's Motion is *granted*.

Debtor's Counsel is directed to serve a copy of this Order upon Debtor, the Chapter 11 Trustee and all other parties in interest.

**END OF DOCUMENT**

Prepared by:
\_\_\_\_/s/_____
Howard P. Slomka, Esq.
Georgia Bar No. 652875
Slipakoff & Slomka, PC
Overlook III, Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339
(404) 800-4001

**DISTRIBUTION LIST**

Howard P. Slomka, Esq.
Slipakoff & Slomka, PC
Overlook III, Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

SEE ATTACHED FOR ADDITIONAL LIST OF CREDITORS

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 17-57886-mgd<br>Northern District of Georgia<br>Atlanta<br>Wed Sep 27 15:22:29 EDT 2017 | Paul M. Alexander<br>Miller & Martin PLLC<br>Suite 2100<br>1180 West Peachtree Street, N.W.<br>Atlanta, GA 30309-3495 | BSI Financial<br>7500 Old Georgetown Rd<br>Bethesda, MD 20814-6133 |
| Bank of America<br>101 East Kennedy Blvd<br>16th Floor<br>Tampa, FL 33602-5179 | Brian K. Jordan<br>ALDRIDGE PITE, LLP<br>Fifteen Piedmont Center<br>3575 Piedmont Road, N.E., Suite 500<br>Atlanta, GA 30305-1636 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Guy G. Gebhardt<br>Acting United States Trustee<br>362 Richard Russell Bldg<br>75 Spring Street<br>Atlanta, GA 30303-3315 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>2970 MARKET STREET<br>PHILADELPHIA, PA 19104-5002 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Florestine Jones<br>P O Box 680006<br>Marietta, GA 30068-0001 | Brian K. Jordan<br>Aldridge Pite, LLP<br>Suite 500 - Fifteen Piedmont Center<br>3575 Piedmont Road, NE<br>Atlanta, GA 30305-1636 | Vivieon E. Kelley<br>Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| Martin P. Ochs<br>Office of the U. S. Trustee<br>362 Richard Russell Federal Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3330 | Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 | Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Overlook III - Suite 1700<br>2859 Paces Ferry Rd, SE<br>Atlanta, GA 30339-6213 |
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 | U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of America, N.A. | (u)Don Caldwell | (u)Mark Dowdell |
| (u)Fay Servicing, LLC | (d)Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     5<br>Total                  21 |